AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Adrian Bustos
*Defendant*

Case No. 6:15CR092(01) RP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Adrian Bustos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 3583, per attached petition.

Date: 4/18/18

*Issuing officer's signature*

City and state: Waco, Texas

Robert Pitman, U.S. District Judge
*Printed name and title*

FILED JUN 18 2018 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

### Return

This warrant was received on *(date)* 4/18/18, and the person was arrested on *(date)* 4/20/18
at *(city and state)* San Antonio, TX.

Date: 6/7/18

*Arresting officer's signature*

CHRISTOPHER HART DUSM
*Printed name and title*